Kevin J. Scanlan
ISB #5521; kjs@dukescanlan.com
Joseph M. Aldridge
ISB #9194; jma@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

*Attorneys for Defendant Russo Brothers Transport, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RONALD HOLDER,<br><br>            Plaintiff,<br><br>vs.<br><br>RUSSO BROTHERS TRANSPORT, LLC and SANTIAGO ALFORQUE,<br><br>            Defendants. | Case No. _____<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

Defendant Russo Brothers Transport, Inc. ("Russo Brothers"), by and through its counsel, hereby removes the state-court action described herein to this Court. Federal diversity jurisdiction exists under 28 U.S.C. § 1332(a) because all current parties to the action are completely diverse and the amount in controversy exceeds $75,000.  Defendant Russo Brothers states the following grounds for removal:

**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) - 1**

1.      On January 30, 2017, Plaintiff filed a Complaint and Demand for Jury Trial against Russo Brothers Transport, Inc., and Santiago Alforque (collectively "Defendants") in the District Court of the Fifth Judicial District of the State of Idaho in and for the County of Minidoka, styled "*Ronald Holder, Plaintiff, v. Russo Brothers Transport, LLC, and Santiago Alforque, Defendants*," Case Number CV-17-81 (the "Complaint"). *See* **Attachment 2**. At the time of filing this Notice of Removal, the state court matter is still pending in the District Court of the Fifth Judicial District of the State of Idaho in and for the County of Minidoka. *See* 28 U.S.C. § 1441(a).

2.      A copy of the Complaint and Summons was served on Defendant Russo Brothers on July 13, 2017 and received by Russo Brothers on July 17, 2017. A copy of the Summons received Russo Brothers is attached as **Attachment 3**.

3.      The named Plaintiff, Ronald Holder, is a citizen of the State of Idaho residing in the County of Minidoka. *See* **Attachment 2**, Complaint ¶ 2.

4.      Both at the time this action was filed and at the time of removal, Russo Brothers Transport, LLC, was, and still is, a California corporation with its principal place of business in Sacramento, California. *See* **Attachment 2**, Complaint ¶ 3.

5.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) and 1441(b) because the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. *See* **Attachment 2**, Complaint ¶¶ 11, 12.

6.      A true and accurate copy of the state court docket sheet, as retrieved from the online Idaho Repository on August 1, 2017, is attached as **Attachment 4** in accordance with Idaho Local Civil Rules 5.2(d) and 81.1.

**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) - 2**

## 28 U.S.C. § 1446 REQUIREMENTS

9. **Removal Is Timely**. Russo Brothers timely filed this Notice of Removal, within 30 days of service of the Complaint. *See* 28 U.S.C. § 1446(b).

10. **Removal to This Court Is Proper**. The Complaint was filed in the District Court of the Fifth Judicial District of the State of Idaho in and for the County of Minidoka. This Court is part of the "district and division within which such action is pending . . . ." 28 U.S.C. § 1446(a).

11. **Pleadings and Process**. Pursuant to 28 U.S.C. section 1446(a), a "copy of all process, pleadings, and orders served upon" Defendant Russo Brothers are attached to this Notice of Removal as **Attachments 2 – 3**. Russo Brothers has not answered or otherwise filed a response to the Complaint. Other than the documents attached as **Attachments 2 – 3**, no other pleadings, process, or orders, in this case have been served or otherwise received by Defendant Russo Brothers.

12. **Notice to Adverse Parties and the State Court**. Concurrent with the filing of this Notice, Defendant Russo Brothers gave written notice of this Notice of Removal to Plaintiff's counsel of record, and will file a copy of this Notice of Removal with the Clerk of the District Court of the Fifth Judicial District of the State of Idaho in and for the County of Minidoka. 28 U.S.C. § 1446(a), (d).

WHEREFORE, notice is given that this action is removed from the District Court of the Fifth Judicial District of the State of Idaho in and for the County of Minidoka, to the United States District Court for the District of Idaho.

DATED this 2nd day of August, 2017.

DUKE SCANLAN & HALL, PLLC


By____/s/  Joseph M. Aldridge_____
   Kevin J. Scanlan – Of the Firm
   Joseph M. Aldridge – Of the Firm
   *Attorneys for Defendant*
   *Russo Brothers Transport, LLC*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of August, 2017, I electronically filed the foregoing document with the U.S. District Court.  Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | |
|---|---|
| Allen H. Browning | ☐ U.S. Mail, Postage Prepaid |
| ATTORNEY AT LAW | ☐ Hand Delivered |
| 482 Constitution Way, Suite 111 | ☐ Overnight Mail |
| Idaho Falls, ID 83402 | ☐ Facsimile (208) 542-2711 |
| Telephone (208) 542-2700 | ☒ ECF/Email |
| *Attorneys for Plaintiff* | allen.browning.law@gmail.com |

            /s/  Joseph M. Aldridge
Kevin J. Scanlan
Joseph M. Aldridge

**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) - 5**