Allen H. Browning, ISB#3007
BROWNING LAW
482 Constitution Way, Suite 111
Idaho Falls, ID 83402
Telephone: (208) 542-2700
Facsimile: (208) 542-2711

Attorney for Plaintiffs

FILED-DISTRICT COURT
CASE # _____
TIME  10:00 A.M.

JAN 30 2017

PATTY TEMPLE, CLERK

_____, DEPUTY

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF MINIDOKA

| | |
|---|---|
| RONALD HOLDER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RUSSO BROTHERS TRANSPORT, LLC and SANTIAGO ALFORQUE,<br><br>　　　　Defendants. | Case No.: CV-17-81<br><br>COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL |

COMES NOW, the above-named Plaintiff, RONALD HOLDER, by and through his attorney, Allen Browning of Browning Law, complains and alleges against the Defendants as follows:

1. In accordance with I.C. § 5-404, this action is to be tried in Minidoka County.

2. Plaintiff RONALD HOLDER is a resident of the County of Minidoka, State of Idaho, and has been a resident for more than six months.

3. Defendant RUSSO BROTHERS TRANSPORT, LLC is a corporation licensed to do business in California, operating a business located in the city of Sacramento, County of Sacramento, in the State of California.

4. Defendant SANTIAGO ALFORQUE is a resident of the County of Sacramento, State of California.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL　　　　　　　　　　　　　　　　Page 1



## COUNT I

5. Plaintiff incorporates paragraphs 1-4 above as though fully set forth herein.

6. On or about February 5, 2015, Plaintiff RONALD HOLDER was traveling down Highway 30 toward Rupert, Idaho, when a semi, driven by Defendant SANTIAGO ALFORQUE turned left in front of Plaintiff. Plaintiff RONALD HOLDER was unable to stop and hit the semi-truck. Defendant SANTIAGO ALFORQUE stopped after the impact then continued east on Centennial Drive, dragging Plaintiff RONALD HOLDER's pickup with it. Only after turning into a parking lot was the pickup dislodged. It had been dragged for over 300 feet.

7. Defendant SANTIAGO ALFORQUE was found guilty of "failing to yield right of way" in violation of I.C. Section 49-641.

8. Defendant SANTIAGO ALFORQUE was the proximate cause of the accident and is therefore liable for all property damage, general and special damages suffered by Plaintiff RONALD HOLDER in the accident.

9. Defendant RUSSO BROTHERS TRANSPORT, LLC, as the owner of the vehicle driven by Defendant SANTIAGO ALFORQUE, which vehicle was driven with permission of RUSSO BROTHERS TRANSPORT, LLC, is liable for all of Plaintiff's damages to the extent allowed by law for which a motor vehicle owner is liable.

10. Defendant RUSSO BROTHERS TRANSPORT, LLC, is liable for all of Plaintiff's damages for the reason that Defendant SANTIAGO ALFORQUE was its employee acting within the course and scope of his duties at the time he proximately caused the accident with Plaintiff RONALD HOLDER.

11. As a direct and proximate result of the aforementioned negligence, Plaintiff, RONALD HOLDER was caused to suffer serious, painful, and debilitating injuries, some of which are permanent, including, but not limited to contusion on head, right knee strain, memory problems, left and right wrist pain, carpal tunnel, cubital tunnel, torn ligament in right wrist, torn rotator cuff, adhesive capsulitis, torn supraspinatus tendon in shoulder. Plaintiff has incurred medical bills in an amount not less than $80,173.97.

12. As a direct and proximate result of the Defendants' negligence, Plaintiff, RONALD HOLDER, has suffered non-economic damages, including pain and suffering, in an amount in excess of $10,000.00.

13. As a direct and proximate result of the Defendants' negligence, Plaintiff, RONALD HOLDER, has suffered economic damages to be proven at trial.

14. As a direct and proximate result of the aforementioned negligence, Plaintiff, RONALD HOLDER, has been required to retain the services of attorney Allen Browning and is entitled to reasonable attorney's fees and costs herein.

WHEREFORE, Plaintiff RONALD HOLDER prays for judgment against the Defendants, and each of them, as follows:

1. For past medical expenses for Plaintiff RONALD HOLDER in an amount no less than $80,173.97.

2. For non-economic damages to Plaintiff, RONALD HOLDER, in an amount to be proven at trial, but no less than $10,000.00.

3. For economic damages to Plaintiff, RONALD HOLDER, in an amount to be proven at trial.

4. For future medical expenses for Plaintiff in an amount to be proven at trial.

5. For reasonable attorney's fees and costs as the Court may deem just and proper.

6. For such other and further relief as the Court deems just, equitable, and proper.

DATED this 26 day of January, 2017.

BROWNING LAW

Allen Browning

## DEMAND FOR JURY TRIAL

Plaintiff hereby makes demand for trial by a jury of twelve persons of the issues in the above-entitled matter pursuant to Rule 38 of the Idaho Rules of Civil Procedure.

DATED this 26 day of January, 2017.

BROWNING LAW

_____
Allen Browning

## VERIFICATION

I, RONALD HOLDER, Plaintiff herein, have first-hand knowledge of the truth of the facts stated in this complaint, and hereby affirm and state that I have read the foregoing COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL, know the contents thereof and believe the same to be true and correct to the best of my knowledge and belief.

Dated this 26th day of January, 2017.

_____
RONALD HOLDER
Plaintiff

SUBSCRIBED AND SWORN to be before me this 26 day of January, 2017, by one bearing the identification of RONALD HOLDER, who attested the facts contained in this complaint were true and correct, to the best of his knowledge, and known to him first-hand.

CARRIE L. CLAYTON
Notary Public
State of Idaho

Notary Public for Idaho
Residing at Idaho Falls
My Commission Expires: 9-27-2019