Kevin J. Scanlan
ISB #5521; kjs@dukescanlan.com
Joseph M. Aldridge
ISB #9194; jma@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

*Attorneys for Defendant Russo Brothers Transport, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RONALD HOLDER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RUSSO BROTHERS TRANSPORT, LLC and SANTIAGO ALFORQUE,<br><br>　　　　Defendants. | Case No. 4:17-cv-00317-DCN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW the parties, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate to the dismissal of this action in its entirety, with prejudice, with each party to bear their own costs and fees.

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**

DATED this 12th day of June, 2018.

                            DUKE SCANLAN & HALL, PLLC

                            By   /s/ Kevin J. Scanlan
                                Kevin J. Scanlan – Of the Firm
                                Joseph M. Aldridge – Of the Firm
                                *Attorneys for Defendant*
                                *Russo Brothers Transport, LLC*

DATED this 12th day of June, 2018.

                            BROWNING LAW

                            By   /s/ Allen H. Browning
                                Allen H. Browning – Of the Firm
                                *Attorneys for Plaintifff*