IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RONALD HOLDER,<br><br>    Plaintiff,<br><br>vs.<br><br>RUSSO BROTHERS TRANSPORT, LLC and SANTIAGO ALFORQUE,<br><br>    Defendants. | Case No. 4:17-cv-00317-DCN<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    Based upon the Stipulation for Dismissal with Prejudice entered by the parties, and good cause appearing therefore;

    IT IS HEREBY ORDERED that this matter is dismissed, with prejudice.

DATED: June 18, 2018

_____
David C. Nye
U.S. District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1